Hon. Richard A. Jones

UNITED STATES DISTRICT COURT
WESTERN DISRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| EUGENE KOVALENKO and MARINA KOVALENKO, individually and as husband and wife, and the marital community composed thereof, and as parents and guardians of E.K. and A.K., minor children;<br><br>Plaintiffs,<br><br>vs.<br><br>PROGRESSIVE DIRECT INSURANCE, a foreign insurance company;<br><br>Defendant. | No. 2:19-cv-01226-RAJ<br><br>**ORDER APPOINTING GUARDIAN AD LITEM TO REVIEW MINORS' SETTLEMENT** |

NOW THEREFORE, this matter coming before this Court on a Supplemental Stipulated Motion requesting the appointment of Dennis Murphy as Guardian ad Litem, this Court now Orders as follows:

1. That it is necessary for this Court to make an informed and judicious decision in the above entitled matter and, in order to comply with W.D. Wash. LCR 17, that the independent assistance, investigation, and report of a Guardian Ad Litem is necessary.

2. This Court finds that Dennis Murphy, of the Law Office of Dennis P. Murphy, is qualified to adequately represent and protect the minors', E.K. and A.K., interests. Furthermore, this Court orders that the above-named Guardian Ad Litem shall

ORDER APPOINTING GUARDIAN AD LITEM
FOR MINORS' SETTLEMENT – 1

LETHER & ASSOCIATES PLLC
1848 WESTLAKE AVENUE N, SUITE 100
SEATTLE, WA 98109
P: (206) 467-5444  F: (206) 467-5544

be appointed to review the minors' Release and Settlement Agreement and shall assist this Court in making an informed decision.

3. This Court orders and directs that the above-named Guardian Ad Litem shall investigate the matter and shall prepare a report consistent with W.D. Wash. LCR 17. The above-named Guardian Ad Litem shall file that report with this Court on or before the 28th day of October, 2019.

IT IS SO ORDERED.

DATED this 26th day of September, 2019.

*Richard A. Jones*

The Honorable Richard A. Jones
United States District Judge

ORDER APPOINTING GUARDIAN AD LITEM
FOR MINORS' SETTLEMENT – 2

LETHER & ASSOCIATES PLLC
1848 WESTLAKE AVENUE N, SUITE 100
SEATTLE, WA 98109
P: (206) 467-5444  F: (206) 467-5544