UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| EUGENE KOVALENKO and MARINA KOVALENKO, individually and as husband and wife, and the marital community composed thereof, and as parents and guardians of E.K. and A.K., minor children,<br><br>                  Plaintiffs,<br>   v.<br><br>PROGRESSIVE DIRECT INSURANCE, a foreign insurance company,<br><br>                  Defendant. | NO. 2:19-CV-01226-RAJ<br><br>ORDER APPROVING SETTLEMENT |

      This matter comes before the Court on Plaintiffs' Petition for Approval of Settlement of Minors' Claim. Dkt. # 16. The court having considered the report of the attorney guardian ad litem regarding the adequacy of the settlement and having considered the files and records herein, it is hereby ORDERED as follows:

1. The settlement offer in favor of Plaintiff E.K. as set forth in the Petition for Approval of Settlement of Minor's claim, is approved.

2. The settlement offer in favor of Plaintiff A.K. as set forth in the Petition for Approval of Settlement of Minor's claim, is approved.

3. The guardian ad litem is authorized to execute releases of the minors claim upon payment by Progressive Insurance Company in the amounts of $10,000 to Plaintiff E.K. AND $2,000 to Plaintiff A.K.. Upon execution of said releases, the attorney guardian ad litem shall be discharged.

4. Robinson & Kole attorneys, upon receipt, are directed to disburse the funds from their trust account as follows:

Out of the settlement proceeds, funds for Plaintiff E.K. should be disbursed from the trust account of Robinson & Kole as follows:

| | |
|---|---|
| Robinson & Kole, attorney fees: | $3,333.33 |
| Robinson & Kole, costs: | No Costs |
| Adich Chiropractic Lien: | $60.00 |
| Conduit Subrogation Lien: | $806.09 |
| 19% paid by Progressive | ($91.05) |
| Marina Kovalenko as natural guardian of minor | $5,890.88 |
| TOTAL | $10,000.00 |

B. Out of the settlement proceeds, funds for Plaintiff A.K. should be disbursed from the trust account of Robinson & Kole as follows:

| | |
|---|---|
| Robinson & Kole, attorney fees | $666.67 |
| Robinson & Kole, costs | No Costs |
| Marina Kovalenko as natural guardian of minor | $1,333.33 |
| TOTAL | $2,000.00 |

4. Robinson & Kole shall, within 30 days of the court's approval of this proposed settlement, file with the court a receipt of funds into a blocked account demonstrating that the court's order that the funds be deposited in a blocked account has been carried out within 60 days of the court's approval of this proposed settlement.

5. Progressive Insurance Company is directed to pay the attorney guardian ad litem fee to Dennis Murphy in the amount of $2,962.50. That payment is to be sent directly to Mr. Murphy at 203 West Holly Street, Ste 302, Bellingham, Washington 98225.

6. Any funds held in a blocked account on behalf of Plaintiff E.K. are not to be released except pursuant to further order of the court, except that upon proof that Plaintiff E.K. has reached the age of 18 on September 24, 2032, then the funds held in the blocked account shall be released to Plaintiff E.K. upon her request, without further order of the court.

7. Any funds held in a blocked account on behalf of Plaintiff A.K. are not to be released except pursuant to further order of the court, except that upon proof that Plaintiff A.K. has reached the age of 18 on December 21, 2029, then the funds held in the blocked account shall be released to Plaintiff A.K. upon her request, without further order of the court.

DATED this 19th day of February, 2020.

*Richard A. Jones*

The Honorable Richard A. Jones
United States District Judge